IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Nancy Spatz, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:20-CV-00448-RK |
| Lee's Summit R-7 School District, | ) |
| Defendant | ) |

### JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENTS

Plaintiffs Brooke Morehead, Stacy Orf, Joy Brigman and Jeannie Cook, and Defendant Lee's Summit R-7 School District jointly move the Court for approval of the agreement reached among the parties for the settlement of Plaintiffs claims against the District. The agreements are attached to this Motion as Exhibit A, B, C and D.

The moving parties are submitting suggestions in support of this motion.

**KAPKE & WILLERTH L.L.C.**

By: /s/ George E. Kapke, Jr.
George E. Kapke, Jr.     MO #52114
The Chapel Ridge Law Building
3304 N.E. Ralph Powell Road
Lee's Summit, Missouri 64064
Telephone: 816-461-3800
Facsimile: 816-254-8014
ted@kapkewillerth.com

**ATTORNEY FOR PLAINTIFF**

**SPENCER FANE**

/s/ W. Joseph Hatley
W. Joseph Hatley        #33189
Stephanie Lovett-Bowman  #63045
Brian Peterson          #66114
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
816-474-8100
Fax: 816-474-3126
jhatley@spencerfane.com
slovettbbowman@spencerfane.co
bpeterson@spencerfane.com
**ATTORNEYS FOR DEFENDANT**.

## Certificate of Service

I hereby certify that on this 5th day of January, 2022, the foregoing was electronically filed with the Court and service was made through the ECF electronic filing system to all counsel of record.

By: */s/ George E. Kapke, Jr.*
Attorney for Plaintiff

KC 18864403.1